IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICKY THOMPSON AND
STACEY THOMPSON, as the
Personal Representative of the
ESTATE OF JERRY
THOMPSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4143

      Appellant,

v.

FIRST FEDERAL BANK OF
FLORIDA,

      Appellee.

_____/

Opinion filed April 11, 2017.

An appeal from the Circuit Court for Baker County.
David W. Fina, Judge.

Peter C.K. Enwall, of Peter C.K. Enwall, P.A., Gainesville, Florida, for Appellant.

Stephen A. Smith, of Stephen A. Smith, P.A., Lake City, Florida, Mark A. Avera, Rod Smith, and Jared Comstock, of Avera & Smith, LLP, Gainesville, Florida, for Appellee.


PER CURIAM.

      AFFIRMED.

WETHERELL, MAKAR, and KELSEY, JJ., CONCUR.